JS-6

cc: Fiscal

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| KANSAS CITY LIFE INSURANCE COMPANY, | No.: 8:15-cv-00611-AG-SS |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISBURSEMENT OF INTERPLEADED FUNDS AND DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| BARBARA E. KRUNTORAD, an Individual; NICOLE N. HARVEY, f/k/a NICOLE N. KRUNTORAD an Individual; KRISTEN N. MOORE, f/k/a KRISTEN N. KRUNTORAD an Individual;  and Does 1 through 10, inclusive, | Compl. Filed:  April 17, 2015 |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Pursuant to plaintiff Kansas City Life Insurance Company ("Kansas City Life") and defendants Barbara E. Kruntorad, Nicole N. Harvey, and Kristen N. Moore's Stipulation for Disbursement of Interpleaded Funds and Dismissal of Entire Action with Prejudice, and with good cause appearing therefore, IT IS HEREBY ORDERED THAT:

    1.    The Clerk of the Court shall disburse the funds deposited on April 17, 2015 in the sum of $151,261.41(the "Interpleaded Funds") as follows:

        a.    $35,000.00 of the Interpleaded Funds shall be disbursed to defendants Nicole N. Harvey and Kristen N. Moore, by check made payable to "Nicholas A. Buscemi Client Trust Account," and delivered to Nicholas A. Buscemi, Esq., The Law Offices of Nicholas A. Buscemi, 18101 Von Karman Ave., Suite 330, Irvine, California  92612;

        b.    $3,346.75 of the Interpleaded Funds shall be disbursed to Kansas City Life, by check made payable to "Kansas City Life Insurance Company" and delivered to Cristyn N. Chadwick, Reed Smith, LLP, 355 S. Grand Ave., Ste. 2900, Los Angeles, California  90071

        c.    $112,914.66 of the Interpleaded Funds, together with any additional interest which may have accrued since being deposited with the Clerk of the Court, shall be disbursed to Barbara E. Kruntorad, by check made payable to "Barbara E. Kruntorad" and delivered to John J. Stifter, Stifter Law Corp., 1181 Puerta del Sol, Ste. 100, San Clemente California  92673;

    2.    Defendants shall bear their own attorneys' fees and costs;

///
///

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

3.      Upon disbursement of the Interpleaded Funds, the entire action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

DATED: June 24, 2015_____

_____
The Honorable Andrew J. Guilford
United States District Court Judge

cc: FISCAL

REED SMITH LLP
A limited liability partnership formed in the State of Delaware